JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN LEE, | Case No. CV 20-7742 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| HOVSEP WASSILIAN, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 14th day of December, 2020.

/s/<br>
Fernando M. Olguin<br>
United States District Judge